# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 52 MM 2023 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TODD ANDREW RICHARDSON | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: DOUGLAS J. WALTMAN, | : | |
| ESQUIRE | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 27th day of September, 2023, in consideration of the Petition to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Berks County to determine whether to permit Attorney Douglas J. Waltman to withdraw. In the event Attorney Waltman is allowed to withdraw, the court is to resolve any related questions, including whether to permit Todd Andrew Richardson to proceed *pro se* on allocatur review or to appoint new counsel.

The Court of Common Pleas of Berks County is DIRECTED to enter its order on remand with 90 days and to promptly notify this Court of its determination.